amount. Issue was then joined on the pleas of general issue and set off. Upon these issues the case was tried.

There were verdict and judgment for the defendant. The plaintiff appeals, and the judgment was reversed for error committed by the court in refusing to give one of the charges asked by plaintiff. Reversed and remanded.

Opinion by HARALSON, J.

---

## Englehardt v. Lemle & Dreyfus.

APPEAL from Montgomery Circuit Court.

Tried before the Hon. J. R. TYSON.

A. A. WILEY and W. S. THORINGTON, for appellants.

J. G. Winter, contra.

This was a statutory action of ejectment, brought by the appellees against the appellant to recover certain specifically described land.

There was judgment for the plaintiff, and the defendant appeals. Affirmed.

Opinion by BRICKELL, C. J.

---

## Birmingham Mineral Railway Co. v. Stobert.

APPEAL from the Birmingham City Court,

Tried before the Hon. H. A. SHARPE.

THOS. G. JONES, for appellant,